# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Claire R. | U.S. Court of International Trade | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

One Federal Plaza
New York, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Adjunct Faculty Member | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Brooklyn Law School, Adjunct Professor Salary | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Hewlett-Woodmere Union Free School District - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Claire R.** | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank - Cash Accounts | A | Interest | L | T | | | | | |
| 2. Nassau Educators Federal Credit Union - Cash Account (Y) | | | | | | | | | |
| 3. Met Life - whole life / life insurance | A | Dividend | K | T | | | | | |
| 4. Series EE US Savings Bond | | None | J | T | | | | | |
| 5. BROKERAGE ACCCOUNT #1 (H) | | | | | | | | | |
| 6. Citigroup Inc Stock (common) (C) | A | Dividend | J | T | | | | | 60 |
| 7. General Electric Stock (common) (GE) | A | Dividend | J | T | | | | | 61 |
| 8. Amer Cent Intl Val A (MEQAX) (X) | | None | | | Sold | 11/28/17 | J | | |
| 9. AMERICAN FUNDS, AMERICAN EUROPACIFIC GRW F2 (AEPFX) | A | Dividend | K | T | | | | | 11 |
| 10. AMERICAN FUNDS, AMERICAN GW FD OF AMERICA F2 (GFFFX) | B | Dividend | K | T | | | | | 13 |
| 11. AMERICAN FUNDS, AMERICAN WA MUTUAL F2 (WMFFX) | B | Dividend | K | T | Sold (part) | 12/11/17 | K | A | 16 |
| 12. MAINSTAY NY TAX FREE OPPORT I (MNOIX) | | None | K | T | Buy | 12/11/17 | K | | |
| 13. Davis New York Venture Fund (NYVTX) | | None | | | Sold | 12/11/17 | K | B | |
| 14. Gabelli Value 25 Fund (GABVX) | | None | | | Sold (part) | 11/28/17 | J | A | |
| 15. | | | | | Sold | 12/11/17 | K | A | |
| 16. Oppenheimer Rochester Limited Term Mutual Fund (LTNYX) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 17. PRUDENTIAL TOTAL RETURN BD Z (PDBZX) | | None | K | T | Buy | 12/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (H) | | | | | | | | | |
| 19. Fidelity Advisor Emerging Markets Income Fund Class I | A | Dividend | | | Sold | 06/05/17 | J | | |
| 20. TIAA-CREF International Equity Index Fund Institutional Class | B | Dividend | | | Sold | 06/05/17 | K | | |
| 21. TIAA-CREF Large Cap Value Index Fund Institutional Class | B | Dividend | | | Sold | 06/05/17 | L | | |
| 22. TIAA-CREF Large Cap Growth Index Fund Institutional Class | A | Dividend | | | Sold | 06/05/17 | K | | |
| 23. TIAA-CREF Mid-Cap Value Fund Institutional Class | B | Dividend | | | Sold | 06/05/17 | K | | |
| 24. TIAA CREF Emerging Markets Equity Index Fund Institutional Class | A | Dividend | | | Sold | 06/05/17 | K | | |
| 25. TIAA-CREF Bond Index Fund Institutional Class | A | Dividend | | | Sold | 06/05/17 | K | | |
| 26. TIAA-CREF High-Yield Fund Class I | A | Dividend | | | Sold | 06/05/17 | J | | |
| 27. iShares Tr Tips Bd ETF | A | Dividend | | | Sold | 06/05/17 | K | | |
| 28. iShares Tr Russell Mid-Cap Growth ETF | A | Dividend | | | Sold | 06/05/17 | J | | |
| 29. iShares Tr Russell 2000 Value ETF | A | Dividend | | | Sold | 06/05/17 | J | | |
| 30. iShares Tr Russell 2000 Growth ETF | A | Dividend | | | Sold | 06/05/17 | J | | |
| 31. iShares Tr MSCI EAFE Small Cap ETF | A | Dividend | | | Sold | 06/05/17 | K | | |
| 32. SPDR Ser Tr Dow Jones REIT ETF | A | Dividend | | | Sold | 06/05/17 | J | | |
| 33. Vanguard Bd Index Fd Inc Short Term Bd ETF | A | Dividend | | | Sold | 06/05/17 | J | | |
| 34. MORGAN STANLEY BANK NA (CASH) | A | Interest | J | T | Open | 07/24/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES INCMSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 36. | | | | | Sold (part) | 12/27/17 | J | A | |
| 37. BARON GROWTH INSTITUTIONAL (BGRIX) | B | Dividend | K | T | Buy | 07/24/17 | K | | |
| 38. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 39. BLACKROCK INFLAT PROT BOND I (BPRIX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 40. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 41. DELAWARE FLOATING RATE I (DDFLX) | A | Dividend | | | Buy | 07/24/17 | K | | |
| 42. | | | | | Sold | 10/24/17 | J | A | |
| 43. DELAWARE INV SM VAL INST (DEVIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 44. EV INCOME FUND OF BOSTON (EIBIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 45. IVY MID CAP GROWTH I (IYMIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 46. LEGG MASON BW ALT CREDIT (LMANX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 47. LOCORR MARKET TREND I (LOTIX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 48. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | B | Dividend | K | T | Buy | 07/24/17 | K | | |
| 49. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 50. OAKMARK I (OAKMX) | B | Dividend | L | T | Buy | 07/24/17 | L | | |
| 51. | | | | | Sold (part) | 08/23/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/24/17 | J | A | |
| 53. OAKMARK INTERNATL I (OAKIX) | B | Dividend | M | T | Buy | 07/24/17 | M | | |
| 54. | | | | | Sold (part) | 10/24/17 | J | A | |
| 55. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 56. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | K | T | Buy | 10/24/17 | K | | |
| 57. POLEN GRW INST (POUX) | A | Dividend | L | T | Buy | 07/24/17 | L | | |
| 58. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | B | Dividend | L | T | Buy | 07/24/17 | L | | |
| 59. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 60. PRUDENTIAL TOTAL RETURN BD Z (PDBZX) | A | Dividend | L | T | Buy | 07/24/17 | L | | |
| 61. | | | | | Sold (part) | 08/23/17 | J | A | |
| 62. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 63. TOUCHSTONE MID CAP VALUE Y (TCVYX) | B | Dividend | K | T | Buy | 07/24/17 | K | | |
| 64. VAN ECK EMERGING MARKETS Y (EMRYX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 65. | | | | | Sold (part) | 08/23/17 | J | A | |
| 66. | | | | | Sold (part) | 12/27/17 | J | A | |
| 67. IRA #2 (H) | | | | | | | | | |
| 68. MORGAN STANLEY BANK NA (CASH) | A | Interest | J | T | Open | 06/20/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES INCMSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 70. | | | | | Sold (part) | 12/27/17 | J | A | |
| 71. BARON GROWTH INSTITUTIONAL (BGRIX) | B | Dividend | J | T | Buy | 07/24/17 | K | | |
| 72. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 73. BLACKROCK INFLAT PROT BOND I (BPRIX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 74. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 75. DELAWARE FLOATING RATE I (DDFLX) | A | Dividend | | | Buy | 07/24/17 | K | | |
| 76. | | | | | Sold | 10/24/17 | J | A | |
| 77. DELAWARE INV SM VAL INST (DEVIX) | A | Dividend | J | T | Buy | 07/24/17 | K | | |
| 78. EV INCOME FUND OF BOSTON (EIBIX) | A | Dividend | J | T | Buy | 07/24/17 | K | | |
| 79. IVY MID CAP GROWTH I (IYMIX) | A | Dividend | J | T | Buy | 07/24/17 | K | | |
| 80. LEGG MASON BW ALT CREDIT (LMANX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 81. LOCORR MARKET TREND I (LOTIX) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 82. MAINSTAY CUSHING MLP PREMIER I (CSHZX) | B | Dividend | K | T | Buy | 07/24/17 | K | | |
| 83. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 84. OAKMARK I (OAKMX) | B | Dividend | K | T | Buy | 07/24/17 | L | | |
| 85. | | | | | Sold (part) | 08/23/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/24/17 | J | A | |
| 87. OAKMARK INTERNATL I (OAKIX) | B | Dividend | L | T | Buy | 07/24/17 | M | | |
| 88. | | | | | Sold (part) | 10/24/17 | J | A | |
| 89. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 90. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | K | T | Buy | 10/24/17 | K | | |
| 91. POLEN GRW INST (POUX) | A | Dividend | K | T | Buy | 07/24/17 | L | | |
| 92. PRUDENTIAL SHT TRM CORP BD Z (PIFZX) | B | Dividend | K | T | Buy | 07/24/17 | L | | |
| 93. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 94. PRUDENTIAL TOTAL RETURN BD Z (PDBZX) | A | Dividend | K | T | Buy | 07/24/17 | L | | |
| 95. | | | | | Sold (part) | 08/23/17 | J | A | |
| 96. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 97. TOUCHSTONE MID CAP VALUE Y (TCVYX) | B | Dividend | J | T | Buy | 07/24/17 | K | | |
| 98. VAN ECK EMERGING MARKETS Y (EMRYX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 99. | | | | | Sold (part) | 08/23/17 | J | A | |
| 100. | | | | | Sold (part) | 12/27/17 | J | A | |
| 101. IRA #3 (H) | | | | | | | | | |
| 102. Fidelity Pacific Basin Fund | | None | | | Sold (part) | 06/07/17 | L | E | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/06/17 | J | A | |
| 104. Fidelity Diversified International Fund | A | Dividend | L | T | Sold (part) | 11/06/17 | J | A | |
| 105. Fidelity Total Emerging Markets (X) | A | Dividend | K | T | | | | | |
| 106. Fidelity SM Cap ENH Index | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 107. | | | | | Sold (part) | 11/06/17 | J | | |
| 108. Fidelity Low Priced Stock Fund | | None | | | Sold (part) | 06/07/17 | M | | |
| 109. | | | | | Sold | 11/06/17 | J | | |
| 110. Fidelity Mid Cap ENH Index | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 111. Fidelity Contrafund | A | Dividend | | | Sold (part) | 01/03/17 | J | A | |
| 112. | | | | | Sold (part) | 04/03/17 | J | A | |
| 113. | | | | | Sold (part) | 06/07/17 | M | E | |
| 114. | | | | | Sold | 11/06/17 | J | A | |
| 115. Fidelity Blue Chip GR | C | Dividend | L | T | Buy | 06/07/17 | L | | |
| 116. | | | | | Sold (part) | 11/06/17 | J | A | |
| 117. Fidelity Blue Chip Value | A | Dividend | L | T | Buy | 06/07/17 | L | | |
| 118. Fidelity Int'l Real Estate | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 119. Fidelity Global Comdty Stock | A | Dividend | K | T | Buy | 06/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/06/17 | J | A | |
| 121. Fidelity NEW Mkts. Inc. | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 122. Fidelity Strategic Income | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 123. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 124. Fidelity Total Bond | A | Dividend | K | T | Buy | 06/07/17 | L | | |
| 125. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 126. Fidelity GLB High Income | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 127. Fidelity Export & Multinational Fund | | None | | | Sold | 06/07/17 | J | | |
| 128. IRA #4 (H) | | | | | | | | | |
| 129. TIAA Traditional | A | Dividend | L | T | | | | | |
| 130. TIAA Real Estate | | None | | | Sold | 06/05/17 | J | | |
| 131. CREF Stock | | None | | | Sold | 06/05/17 | L | | |
| 132. CREF Global Equities | | None | | | Sold | 06/05/17 | L | | |
| 133. CREF Bond Market | | None | | | Sold | 06/05/17 | K | | |
| 134. TIAA CREF Large Cap Value Premium | B | Dividend | | | Sold | 06/05/17 | M | | |
| 135. TIAA CREF Mid Cap Value Premium | A | Dividend | | | Sold | 06/05/17 | K | | |
| 136. TIAA CREF Small Cap Value Premium | A | Dividend | | | Sold | 06/05/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Emerging Markets Stock Index Fund, Adm | A | Dividend | | | Sold | 06/05/17 | K | | |
| 138. TIAA CREF Inf-Linked Bond | | None | | | Sold | 06/05/17 | K | | |
| 139. Vanguard Total Int'l Stock Index Adm | A | Dividend | | | Sold | 06/05/17 | K | | |
| 140. Vanguard Total Stock Market Index Adm | A | Dividend | | | Sold | 06/05/17 | K | | |
| 141. Vanguard Total Bond Mkt Index Adm | A | Dividend | | | Sold | 06/05/17 | L | | |
| 142. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 143. General Electric Stock (common) | A | Dividend | J | T | | | | | |
| 144. COLLEGE FUND #1 (H) | | | | | | | | | |
| 145. NY 529 College Svgs. Prog., Aggressive Age Based Option: Growth Portf. | | None | | | Sold | 04/06/17 | L | | |
| 146. NY 529 College Svgs. Prog., Agrsv Age Based Option: Mod Growth Portf. | | None | | | Buy | 04/06/17 | L | | |
| 147. | | | | | Sold | 09/22/17 | L | | |
| 148. NY 529 College Svgs. Prog., Mod. Age Based Option: Blnd Growth Portf. | | None | | | Buy | 09/22/17 | L | | |
| 149. | | | | | Sold | 11/13/17 | L | | |
| 150. NY 529 College Svgs Prog, Mod. Age-Based Option: Discp Growth Portf. | | None | L | T | Buy | 11/13/17 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: During 2017, a number of assets were transferred between accounts and headers have been changed. Additionally, some assets had corporate name changes. For ease of review of items affected by these changes, corresponding line numbers from the 2016 report have been included in Column D(5).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544